IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | |
|---|---|
| JAMAL JONES, LISA MAHONE, J.I., Jr. (a minor), and J.I. (a minor)<br><br>Plaintiffs,<br><br>v.<br><br>CITY OF HAMMOND, PATRICK VICARI, CHARLES TURNER, and OTHER UNKNOWN OFFICERS,<br><br>Defendants. | Case No. 14-cv-362<br><br>Judge Jon E. DeGuilio<br>Magistrate John E. Martin |

## JOINT STATUS REPORT

Plaintiffs, JAMAL JONES, LISA MAHONE, J.I., JR. (a minor) and J.I. (a minor), through their counsel, Dana L. Kurtz, of Kurtz Law Offices, ltd., and Defendants, CITY OF HAMMOND, PATRICK VICARI, CHARLES TURNER, and OTHER UNKNOWN OFFICERS, through their counsel, David C Jensen, John M McCrum, Robert J Feldt, Ryan George Anderson, of Eichhorn & Eichhorn, LLP, hereby file their joint status report:

1. On March 24, 2015, the Court granted the parties' Joint Motion to Stay and ordered them to file a status report on or before April 30, 2015 (Dkt. 18).

2. A pre-trial conference was held in the criminal case on March 30, 2015 and was continued to May 18, 2015.

3. As such the Parties request that the stay continue, with the Parties to file a status report in 60 days.

Respectfully submitted,

Attorney for Plaintiffs

*s/Dana L. Kurtz*

_____

*Electronically filed on April 30, 2015.*

Dana L. Kurtz (4882-95)
Kurtz Law Offices, Ltd.
32 Blaine Street
Hinsdale, Illinois 60521
Phone:  630.323.9444
Facsimile:  630.604.9444
E-mail:  dkurtz@kurtzlaw.us


Attorneys for Defendants

*s/John M. McCrum*

_____

David C Jensen (4893-45)
John M McCrum (9988-45)
Robert J Feldt  (16311-45)
Ryan George Anderson (31871-53)
Eichhorn & Eichhorn, LLP
200 Russell Street
PO Box 6328
Hammond, IN 46325
Phone:  219.931.0560
Facsimile:  219.931.5370
Email: djensen@eichhorn-law.com
Email: jmccrum@eichhorn-law.com
Email: rfeldt@eichhorn-law.com
Email: randerson@eichhorn-law.com

## CERTIFICATE OF SERVICE

The undersigned, an attorney, hereby certifies and states that the attached documents were served on the designated attorneys by electronic service via the Court's ECF System on this 30th day of April, 2015.

| | |
|---|---|
| Robert J. Feldt | rfeldt@eichhorn-law.com |
| John M. McCrum | jmccrum@eichhorn-law.com |
| David C Jensen | djensen@eichhorn-law.com |
| Ryan George Anderson | randerson@eichhorn-law.com |

*s/Dana L. Kurtz*

_____

Dana L. Kurtz