UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF INDIANA
HAMMOND DIVISION

| | | |
|---|---|---|
| **JAMAL JONES,** *et al.*, | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| v. | ) | CASE NO. 2:14-cv-362-PPS/JEM |
| | ) | |
| **CITY OF HAMMOND,** *et al.*, | ) | |
| | ) | |
| **Defendants.** | ) | |

**JOINT STATUS REPORT**

The Plaintiffs, by counsel, and the Defendants, by counsel, herewith submit the following Joint Status Report to the Court:

1. This matter has been stayed due to the Plaintiff's pending criminal matter. (See attached Exhibit A and [DE85].)

2. On March 27, 2023, Plaintiff Jamal Jones' criminal defense counsel filed with the Lake Superior Court a motion to dismiss based on double jeopardy, which the Court denied on July 21, 2023.

3. On August 18, 2023, Plaintiff Jones filed with the Lake Superior Court a motion requesting that its July 21, 2023 order be certified for interlocutory appeal; and, following a hearing on the motion, the Lake Superior Court granted the Plaintiff's motion on August 28, 2023.

4. Jones filed with the Indiana Court of Appeals a motion to accept jurisdiction of the appeal on September 8, 2023; and, due to a filing defect, Jones filed an amended motion to accept jurisdiction on September 11, 2023.

5. On October 16, 2023, the Court of Appeals declined to accept jurisdiction of the interlocutory appeal and denied Jones's amended motion to accept jurisdiction of the appeal. The Plaintiff's criminal proceedings then resumed. (See attached Exhibit A.)

6. The criminal case remains pending in the Lake Superior Court to this day, but was a scheduled trial was recently continued. A new pre-trial conference date has been set in the criminal case for July 15, 2024. (See attached Exhibit A.)

Respectfully submitted,

| **Attorneys for Plaintiffs** | **Attorneys for Defendants** |
|---|---|
| /s/ *Brian Orozco* | /s/ *Robert J. Feldt* |
| Brian Orozco | Robert J. Feldt, #16311-45 |
| One of the Attorneys for Plaintiffs | One of the Attorneys for Defendants |
| Gregory E. Kulis & Associates, Ltd. | Eichhorn & Eichhorn, LLP |
| 30 North LaSalle, Suite 2140 | 2929 Carlson Drive, Suite 100 |
| Chicago, IL 60602 | Hammond, IN 46323 |
| Telephone: (312) 580-1839 | Telephone: (219) 931-0560 |

## **CERTIFICATE OF SERVICE**

I, Robert J. Feldt, certify that on the 12th day of June, 2024, I electronically filed the foregoing with the Clerk of the Court using the Case Management/Electronic Case Filing system maintained by the United States District Court for the Northern District of Indiana.

                                        /s/ Robert J. Feldt
                                          Robert J. Feldt