This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.

### State of Indiana vs. Jamal S Jones

| | |
|---|---|
| Case Number | 45D07-1410-CM-001286 |
| Court | Lake Superior Court, County Division 1 |
| Type | CM - Criminal Misdemeanor |
| Filed | 10/31/2014 |
| Status | 10/31/2014 , Pending (active) |
| Reference | Legacy System Number |
| | 45D07-1410-CM-01286 |
| Related | Lower Trial Court Case |
| | 23A-CR-02101 |

### Parties to the Case

Defendant Jones, Jamal S

Description
Male, Black, 5' 8", 200 lbs.

Address
7317 GRAND AVE
Hammond, IN 46323

Attorney
Russell W. Brown Jr.
*#2962864, Lead, Retained*

9223 Broadway
Suite E
Merrillville, IN 46410
219-750-9380(W)

Attorney
Scott Louis King
*#520845, Retained*

The Law Offices of King & Murdaugh, LLC
9211 Broadway
Merrillville, IN 46410
219-769-6300(W)

State    State of Indiana
Plaintiff

Attorney
Bernard Arnold Carter
*#418845*

2293 North Main Street
Fel. Division
Crown Point, IN 46307

### Charges

01  09/24/2014  35-44-3-3/MA: Resisting Law Enforcement

Citation#
  14-68097
Statute
  35-44-3-3
Degree
  MA

02  09/24/2014  MB: Refusal to Aid an Officer

Exhibit A

| Date | Event | Details |
|---|---|---|
| 06/21/2023 | Motion Filed | Jamal Jones States Memo.pdf |
| | Filed By: | State of Indiana |
| | File Stamp: | 06/20/2023 |
| 07/21/2023 | **Order Denying** | |
| | Order Signed: | 07/21/2023 |
| 07/22/2023 | **Automated ENotice Issued to Parties** | |
| | Order Denying ---- 7/21/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King | |
| 08/07/2023 | **Pretrial Conference** | |
| | Session: | 08/07/2023 1:30 PM, Judicial Officer: Schiralli, Nicholas J |
| 08/07/2023 | **Order on Hearing** | |
| | Order Signed: | 08/07/2023 |
| 08/07/2023 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 08/21/2023 at 1:30 PM. | |
| 08/08/2023 | **Automated ENotice Issued to Parties** | |
| | Order on Hearing ---- 8/7/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity ---- 8/7/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King | |
| 08/21/2023 | **Hearing** | |
| | Session: | 08/21/2023 1:30 PM, Judicial Officer: Schiralli, Nicholas J |
| | Comment: | hrg on deft's motion to file appeal |
| 08/21/2023 | **Motion Filed** | Motion Requesting Certification for Interlocutory Appeal |
| | Filed By: | Jones, Jamal S |
| | File Stamp: | 08/18/2023 |
| 08/21/2023 | **Order on Hearing** | |
| | Order Signed: | 08/21/2023 |
| 08/21/2023 | **Hearing Scheduling Activity** | |
| | Hearing scheduled for 08/28/2023 at 1:30 PM. | |
| 08/22/2023 | **Automated ENotice Issued to Parties** | |
| | Order on Hearing ---- 8/21/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity ---- 8/21/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King | |
| 08/24/2023 | **Notice Filed** | State's Notice of No Objection |
| | Filed By: | State of Indiana |
| | File Stamp: | 08/24/2023 |
| 08/28/2023 | **Hearing** | |
| | Session: | 08/28/2023 1:30 PM, Judicial Officer: Schiralli, Nicholas J |
| | Comment: | on Deft's motion |
| 08/28/2023 | **Order on Hearing** | Motion Granted |
| | Order Signed: | 08/28/2023 |
| 08/30/2023 | **Order Granting** | |
| | Judicial Officer: | Schiralli, Nicholas J |
| | Order Signed: | 08/28/2023 |
| 08/30/2023 | **Hearing Scheduling Activity** | |
| | Status Conference scheduled for 10/30/2023 at 1:30 PM. | |
| 08/31/2023 | **Automated ENotice Issued to Parties** | |
| | Order on Hearing ---- 8/28/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Order Granting ---- 8/30/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity ---- 8/30/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King | |

| | 10/30/2023 Status Conference | |
|---|---|---|
| | Session: | |
| | | 10/30/2023 1:30 PM, Judicial Officer: Schiralli, Nicholas J |

| 10/30/2023 | **Failure to Appear** | |
|---|---|---|
| | File Stamp: | 10/30/2023 |

| 10/30/2023 | **Order on Hearing** | |
|---|---|---|
| | Order Signed: | 10/30/2023 |

| 10/30/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 03/25/2024 at 1:00 PM. |

| 10/30/2023 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 06/03/2024 at 8:30 AM. |

| 10/31/2023 | **Automated ENotice Issued to Parties** |
|---|---|
| | Order on Hearing ---- 10/30/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity --- 10/30/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity --- 10/30/2023 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King |

| 03/25/2024 | **Pretrial Conference** | |
|---|---|---|
| | Session: | |
| | | 03/25/2024 1:00 PM, Judicial Officer: Schiralli, Nicholas J |

| 03/25/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 06/03/2024 at 8:30 AM was cancelled. Reason: Other. |

| 03/25/2024 | **Order on Hearing** | |
|---|---|---|
| | Order Signed: | 03/25/2024 |

| 03/25/2024 | **Order to Appear** | |
|---|---|---|
| | Order Signed: | 03/25/2024 |

| 03/25/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 06/04/2024 at 8:30 AM. |

| 03/26/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 3/25/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Order on Hearing ---- 3/25/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Order to Appear ---- 3/25/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity --- 3/25/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King |

| 04/22/2024 | **Motion for Continuance Filed** | |
|---|---|---|
| | Order on Verified Mtn to Continue Jamal Jones.pdf | |
| | Filed By: | State of Indiana |
| | File Stamp: | 04/22/2024 |

| 05/13/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Hearing scheduled for 05/14/2024 at 9:00 AM. |

| 05/14/2024 | **Hearing** | |
|---|---|---|
| | Session: | |
| | | 05/14/2024 9:00 AM, Judicial Officer: Schiralli, Nicholas J |
| | Comment: | MTN TO CONT JURY TRIAL |

| 05/14/2024 | **Automated ENotice Issued to Parties** |
|---|---|
| | Hearing Scheduling Activity ---- 5/13/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King |

| 05/14/2024 | **Order on Hearing** | |
|---|---|---|
| | Order Signed: | 05/14/2024 |

| 05/14/2024 | **Order to Appear** | |
|---|---|---|
| | Order Signed: | 05/14/2024 |

| 05/14/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Pretrial Conference scheduled for 07/15/2024 at 1:00 PM. |

| 05/14/2024 | **Hearing Scheduling Activity** |
|---|---|
| | Jury Trial scheduled for 06/04/2024 at 8:30 AM was cancelled. Reason: Other. |

Order on Hearing ---- 5/14/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Order to Appear ---- 5/14/2024 ; Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity ---- 5/14/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King Hearing Scheduling Activity ---- 5/14/2024 : Bernard Arnold Carter;Russell W. Brown;Scott Louis King

| Date | Event | | |
|---|---|---|---|
| 06/03/2024 | CANCELED Jury Trial | | |
| | Reason: | Other | |
| | Session: | | |
| | 06/03/2024 8:30 AM, Cancelled | | |
| 06/04/2024 | CANCELED Jury Trial | | |
| | Reason: | Other | |
| 07/15/2024 | Pretrial Conference | | |
| | Session: | | |
| | 07/15/2024 1:00 PM, Judicial Officer: Schiralli, Nicholas J | | |
| | Comment: | ota | |

This is not the official court record. Official records of court proceedings may only be obtained directly from the court maintaining a particular record.